# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1009**                    **September Term, 2024**

**CMCR-AE 955J / AE 956J / AE 957I**

**Filed On:** February 7, 2025

In re: United States of America,

      Petitioner

**BEFORE:**    Millett, Wilkins*, and Rao, Circuit Judges

## O R D E R

It is **ORDERED**, on the court's own motion, that the administrative stay entered on January 9, 2025, be dissolved. It is

**FURTHER ORDERED** that proceedings before the Military Commission concerning pretrial agreements entered into by Khalid Shaikh Mohammad, Walid bin 'Attash, and Mustafa al Hawsawi be stayed pending the court's disposition of the petition for a writ of mandamus. Petitioner has satisfied the stringent requirements for a stay pending disposition of the petition for a writ of mandamus. See Nken v. Holder, 556 U.S. 418, 434 (2009); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2024).

### Per Curiam

                          **FOR THE COURT:**
                          Clifton B. Cislak, Clerk

           BY:    /s/
                    Daniel J. Reidy
                    Deputy Clerk

* Circuit Judge Wilkins would deny the stay on the ground that the government has not demonstrated a likelihood of success on the merits.